UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael M. Anderson,                       Civil No. 09-251   MJD/FLN

       Plaintiff,

       v.                                      PRETRIAL SCHEDULE

Graybar Electric Company, Inc.,

       Defendant.

_____

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. <u>Discovery/Non-Dispositive Motions</u>:

     a. All motions which seek to amend the pleadings or add parties must be served by June 1, 2009.

     b. All discovery shall be commenced in time to be completed by October 1, 2009.

     c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before April 1, 2009.

     d. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

     e. No more than 25 Requests for Admission shall be served by any party.

     f. Document Requests shall be served by any party pursuant to the Federal Rules of Civil Procedure.

      g.    Rule 35 medical examinations shall be completed on or before October 1, 2009.

      h.    No more than 10 non-expert depositions shall be taken by any party.

      i.    All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by November 1, 2009.  Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110.  All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2.    <u>Expert Disclosure and Discovery</u>:

      a.    Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

          1)    By Plaintiff(s) on or before August 1, 2009.

          2)    By Defendant(s) on or before September 1, 2009.

          3)    Rebuttal on or before October 1, 2009.

      b.    Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

          1)    By plaintiff(s) on or before August 14, 2009.

          2)    By defendant(s) on or before September 15, 2009.

          3)    Rebuttal on or before October 15, 2009.

      c.    Each party may depose no more than 2 expert witnesses on or before December 1, 2009.

      d.    Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. <u>Dispositive Motions</u>:

   a. All dispositive motions shall be filed, briefed and scheduled for hearing prior to February 1, 2010.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Kristine Wegner at (612)664-5073.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

4. <u>Trial</u>

   a. This case shall be ready for trial no later than June 1, 2010, at which time it will be placed on the court's jury trial calendar.

   b. Trial is estimated to last 3 trial days.

DATED: March 26, 2009.                    *s/ Franklin L. Noel*
                                          FRANKLIN L. NOEL
                                          United States Magistrate Judge