UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael M. Anderson,<br><br>    Plaintiff,<br>v.<br><br>Graybar Electric Company, Inc.,<br><br>    Defendant. | Court File No. 09-CV-00251 (MJD/FLN)<br><br>PLAINTIFF'S AMENDED MOTION TO AMEND SCHEDULING ORDER AND COMPEL DISCOVERY |

 Plaintiff Michael M. Anderson, by and through his undersigned attorneys, moves this Court to amend the Scheduling Order entered in this matter on March 26, 2009 (Dkt. 6) and moves this Court for an order compelling Defendant to reasonably supplement its Responses to Requests for Production of Documents and produce individuals for deposition. Plaintiff requests that the Court amend the order as follows: (1) extend the deadline to complete discovery by 60 days from the date the Court rules on this Motion, and (2) extend the deadline for parties to file non-dispositive motions to 30 days after the new deadline for completing discovery. This motion is based on the record in this case as well as the Memorandum of Law, Declaration of Shawn J. Wanta, and Proposed Order to be served and filed herewith.

 WHEREFORE, Plaintiff respectfully prays that the pretrial order entered on March 26, 2009 (Dkt. 6), be amended as set forth above and that this Court compel Defendant to produce documents and individuals.

2

Dated this 15th day of October, 2009        HALUNEN & ASSOCIATES

/s Clayton D. Halunen              .
Clayton D. Halunen (219721)
(halunen@halunenlaw.com)
Shawn J. Wanta (0389164)
(wanta@halunenlaw.com)
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Fax: (612) 605-4099

*Attorneys for Plaintiff*